IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00202-RJC-SCR

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MALCOLM BYNUM (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for jail credit under the First Step Act of 2018. (Doc. No. 84).

It is the responsibility of the Attorney General, through the Bureau of Prisons, to compute jail credit. United States v. Stroud, 584 F. App'x 159, 160 (4th Cir. 2014) (citing United States v. Wilson, 503 U.S. 329, 334-35 (1992)). If a defendant is not given the sentencing credit he thinks he deserves, his recourse is first to seek an administrative remedy, 28 C.F.R. § 542.10, and after that to file a petition under 28 U.S.C. § 2241 in the district of confinement.[1] Id.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion for jail credit, (Doc. No. 84), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant and the United States Attorney.

Signed: April 11, 2024

Robert J. Conrad, Jr.
United States District Judge

---

[1] The defendant is serving his sentence at Beckley FCI in Beaver, West Virginia. (Doc. No. 84: Motion at 4).