UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-00202-RJC-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>MALCOLM BYNUM, )<br>)<br>Defendant. )<br>_____) | ORDER |

Defendant in this action submitted a Motion [Doc. 82] which underwent screening review. On screening review, it appeared that Defendant may be seeking relief under 28 U.S.C. § 2255, but he failed to submit his motion on the proper form or sign his motion under penalty of perjury. The Court, therefore, ordered Defendant to submit his motion on the proper Section 2255 form within 21 days of the Court's Order, and the Clerk sent Defendant a blank Section 2255 form for this purpose. [Doc. 83]. The deadline to submit his Section 2255 motion on the proper form has passed, and Defendant has not complied. The Court, therefore, will deny and dismiss Plaintiff's motion without prejudice.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion [Doc. 82] is **DENIED** and **DISMISSED** without prejudice.

The Clerk is respectfully instructed to update the docket accordingly.

**IT IS SO ORDERED**.
Signed: April 29, 2024

Robert J. Conrad, Jr.
United States District Judge